Merlene Lockrage, Esq.
5675 Roswell Road NE
Apt 7C
Atlanta, GA 30342
404-303-8918


September 22, 2005


Peter T. Dalleo
Office Of The Clerk
United States District Court
District of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, DE 19081


RE:  Thomas v. State of Delaware, et al.
      Civil Action No.:  05cv629


Dear Clerk Of The Court:


In response to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, the association of local counsel, I am requesting a thirty-days extension to the September 29, 2005 deadline.   This extension will afford the necessary time needed to evaluate the defendants' response to the complaint.

I can be reached at 770-621-7364 (o) or 302-345-7896 (c) during hours of 8am to 6pm, weekdays.


Sincerely,
*Merlene Lockrage*

Merlene Lockrage, Esq.