IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL G. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-629-SLR |
| | ) |
| STATE OF DELAWARE and | ) |
| DELAWARE CAPITOL POLICE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 19th day of October, 2005, there being some confusion as to the intended role of Merlene Lockrage in above-captioned case;

IT IS ORDERED that, on or before **November 1, 2005**, plaintiff shall inform the court if he intends to proceed without the assistance of counsel and if Merlene Lockrage is to be included as a plaintiff in this matter[1]. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge

---

[1]Pursuant to Del. L. R. 83.5(d) an attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court.