Michael G. Thomas
5675 Roswell Road NE
Apt 7C
Atlanta, Georgia 30342

October 27, 2005

RE: Michael G. Thomas v. State of Delaware and Delaware Capitol Police (05-cv-629)

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dear Judge Robinson:

I am in receipt of your letter, dated October 19, 2005, regarding the confusion as to the intended role of Merlene Lockrage and my intentions regarding this matter. Merlene Lockrage is a member of the Pennsylvania Bar; however, since pro hac vice is not recognized by the Courts of Delaware, she is actively seeking the assistance of local attorneys. Unfortunately, the Defendant's default in responding to the complaint has disadvantaged her efforts.

Given the fact that I am still without a reply from Delaware Capitol Police and therefore unable to identify appropriate local counsel, I choose to go forward with this matter without the assistance of counsel.

Sincerely,

*Michael G Thomas*
Michael G. Thomas









Michael G. Thomas
5675 Roswell Road NE
7c
Atlanta, GA 30342

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570