IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL G. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-629-SLR |
| | ) |
| STATE OF DELAWARE and | ) |
| DELAWARE CAPITOL POLICE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 8th day of February, 2006,

IT IS ORDERED that, on or before **March 8, 2006**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to timely serve process on defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge