Michael G. Thomas
5675 Roswell Road NE
7C
Atlanta, GA 30342

February 28, 2006



The Honorable Judge Sue L. Robinson
US District Court- District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: 1:05-cv-629- Thomas v. State of Delaware et al

Dear Judge Robinson:

This letter is in response to your request for *Order to Show Cause* for failure to timely serve process on Defendants. On August 29, 2005, the Complaint was filed with the Clerk's office at US District Court for the District of Delaware and the Complaint was to be served according to standard Court procedures. Additionally, the Complaint was filed within the 90 days timeframe stated within the *Right To Sue* letter received, June 1, 2005, from the US Department of Justice- Civil Rights Division.

It is important to note that the Defendants failed to respond to the Complaint filed, August 29, 2005, within the allotted 20 days and as such have defaulted on their duties to the Court; therefore, I am requesting the appropriate judicial judgment be granted against the Defendants.

Furthermore, both the US Equal Employment Opportunity Commission and Delaware Department of Labor have concluded that the Defendants discriminated against me, violating my civil rights. Therefore, I am entitled to restitution under *Title VII of the Civil Rights Act of 1964*. Again, I am asking the Court to grant such restitution as outlined in the Complaint.

Sincerely,

Michael G. Thomas

Enclosures:
Right to Sue Letter
Copy of Complaint

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

05 AUG 29 PM 1:06

MICHAEL G. THOMAS
_____

(Name of Plaintiff or Plaintiffs)

v.                             CIVIL ACTION No. 05-629

STATE OF DELAWARE/ CAPITOL POLICE
_____

(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at 5675 ROSWELL RD NE, APT 7C,
   (Street Address)
   Atlanta, FULTON, GEORGIA 30342
   (City)    (County)    (State)    (Zip Code)
   404-303-8918
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 500 KING ST
   (Street Address)
   WILMINGTON, N.C. DE 19801
   (City)    (County)    (State)    (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's DELAWARE CAPITOL POLICE place of business
   (Defendant's Name)
   located at 500 KING ST
   (Street Address)
   WILMINGTON, NC DE 19801
   (City)    (County)    (State)    (Zip Code)

Oct-14-05   02:45pm   From-EEOC ENFORCEMENT UNIT           2154402604         T-038   P.002/002   F-812

U.S. Department of Justice

Civil Rights Division

Employment Litigation Section - PHB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
www.usdoj.gov/crt/emp/emphome.html

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

RAA:WBF:mdw
DJ 170-15-132

JUN 1 2005

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Michael Thomas
605 West 30nd Street
Wilmington, DE 19802

Re: Michael Thomas v. State of Delaware
Capitol Police, EEOC No. 17C-A3-00160

Dear Mr. Thomas:

It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious. You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.
   Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 42 U.S.C. 2000e-5(f)(1).
   We are returning the files in this matter to EEOC's Philadelphia District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Marie M. Tomasso, District Director, EEOC, The Bourse, 21 S. 5th St., Suite 400, Philadelphia, PA 19106-2515.

                                        Sincerely,

                                        R. Alexander Acosta
                                        Assistant Attorney General
                                        Civil Rights Division

                              By:
                                        William B. Fenton
                                        Deputy Chief
                                        Employment Litigation Section

cc: State of Delaware Capitol Police

Michael Thomas
5675 Roswell Rd NE
7C
Atlanta, GA 30342

NORTH METRO GA 300
01 MAR 2006 PM 9 L

The Honorable Judge Sue L. Robinson
US District Court - District of DE
844 N. King Street, Lockbox 18
Wlm, DE 19801-3570