IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL G. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-629-SLR |
| | ) |
| STATE OF DELAWARE and | ) |
| DELAWARE CAPITOL POLICE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 24th day of May, 2006, having reviewed plaintiff's response to the court's order to show cause;

IT IS ORDERED that, on or before **June 26, 2006**, plaintiff shall serve process upon defendants in the manner prescribed in Fed.R.Civ.P. 4(c)(1). FAILURE TO TIMELY EFFECTUATE SERVICE SHALL RESULT IN DISMISSAL OF THIS ACTION.

_____
United States District Judge